

2011 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

8-16-2011

# George Blood v. B. Bledsoe

Precedential or Non-Precedential: Precedential

Docket No. 11-1206

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2011

Recommended Citation

"George Blood v. B. Bledsoe" (2011). *2011 Decisions.* Paper 589.
http://digitalcommons.law.villanova.edu/thirdcircuit_2011/589

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2011 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

August 16, 2011

No. 11-1206

GEORGE WILLIAM BLOOD,
Appellant

v.

WARDEN B.A. BLEDSOE

(M.D. Pa. No. 3-10-CV-00141)

Present:  RENDELL, FUENTES and SMITH, Circuit Judges

Motion to Publish the Court's Opinion filed July 12, 2011.


Opinion and Judgment filed: 07/12/11

Respectfully,
Clerk/arl

_____ORDER_____
The foregoing Motion to Publish the Court's Opinion filed July 12, 2011 is GRANTED.

By the Court,

/s/ D. Brooks Smith
Circuit Judge


Dated:   August 16, 2011
ARL/cc: GB; SRC